# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2024-1623
L.T. Case No. 1998-CF-000134

_____

DONALD E. WARD, JR.,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

3.800 Appeal from the Circuit Court for Marion County.
Robert William Hodges, Judge.

Donald E. Ward, Jr., Bowling Green, pro se.

Ashley Moody, Attorney General, Tallahassee, and Robin
A. Compton, Assistant Attorney General, Daytona Beach,
for Appellee.


August 20, 2024

PER CURIAM.

    AFFIRMED. *See* Fla. R. App. P. 9.315(a).

WALLIS, EISNAUGLE, and BOATWRIGHT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____